**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

OCT 0 8 2019

Clerk, U.S. District and
Bankruptcy Courts

EDWARD THOMAS KENNEDY, )
)
Plaintiff, )
)
v. ) Civil Action No. 19-2824 (UNA)
)
UNITED STATES COURTS, *et al.*, )
)
Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is

GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: October  7  , 2019

CHRISTOPHER R. COOPER
United States District Judge