# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EDWARD THOMAS KENNEDY, )
)
    Plaintiff, ) C. A. No. 19-cv-2824
)
vs. )
) NOTICE OF APPEAL
UNITED STATES COURTS, et al., )
)
    Defendants. )

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals D.C. Circuit from an Order signed by Christopher R. Cooper, signed in this action on the 7th day of October, 2019.

Edward Thomas Kennedy, Plaintiff
800 Court St., Apt 223
Reading, PA 19601
Phone: (415) 275-1244.

*Plaintiff is self-represented.*

*Date: October 18, 2019.*

**RECEIVED**
**OCT 2 1 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia